JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT W. CASSANO,                                )          Case No.  CV 10-2913-PSG (DTB)
                                                  )
                              Petitioner,          )          **J U D G M E N T**
                                                  )
         vs.                                      )
                                                  )
JOHN F. SALAZAR, Warden,                          )
                                                  )
                              Respondent.          )
_____            )

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    October 26, 2010

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE